MARGARET E. WALSH, as Administratrix with the Will
Annexed of WILLIAM BISHOP, Deceased, Respondent, *v*
NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY et al.,
Respondents, and ROBERT O'SHEA, Individually and as
Administrator of the Estate of PATRICK O'SHEA et al.,
Appellants.

*Walsh* v. *New England Mut. L. Ins. Co.*, 134 App. Div. 964, affirmed.
(Argued January 23, 1911; decided February 7, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department, entered
November 15, 1909, affirming a judgment of Special Term
directing as to the distribution of the proceeds of a certain
policy of life insurance.

*Thomas E. O'Shea*, appellant, in person.

*Harold H. Bowman* and *Artemas B. Smith*, for plaintiff,
respondent.

*Roger Foster* for New England Mutual Life Insurance
Company, defendant, respondent.

*Louis Edwin Bomeisler* for Mary E. Thomson, defendant,
respondent.

*Arthur Lovell* for Arthur Lovell, defendant, respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WILLARD BART-
LETT, HISCOCK and CHASE, JJ. Absent: VANN, J.